IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSEPH BLAKE MITCHELL**                                                                      **PLAINTIFF**

v.                          Case No. 3:24-cv-00185-KGB

**SHANE RUSSELL**, *et al.*                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jospeh Blake Mitchell's claims are dismissed without prejudice (Dkt. Nos. 2; 4). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 21st day of August, 2025.

_____
Kristine G. Baker
Chief United States District Judge